IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

GLEN FARLEY, JR.,

    Defendant.

Case №: 2:25-po-00407-SCR

**O R D E R
WITHDRAWING THE FEDERAL DEFENDER
AND APPOINTING CJA COUNSEL**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE