MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
GLEN FARLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:25-po-00407-SCR |
| ) | |
| Plaintiff, ) | REQUEST FOR RULE 43 WAIVER OF |
| ) | APPEARANCE; [PROPOSED] ORDER |
| vs. ) | |
| ) | |
| GLEN FARLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, GLEN FARLEY, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case. Mr. Farley is on a fixed income and has limited resources for transportation to Court. He is in communication with his counsel, who he has authorized to appear on his behalf if the Court will permit it.

Mr. Farley hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if Mr. Farley were personally present.

/ / /

/ / /

/ / /

/ / /

Mr. Farley further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without his personal presence.

Respectfully submitted,

Dated:  June 15, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
GLEN FARLEY

*/s/ Glen Farley*
GLEN FARLEY
Defendant
(Original signature retained by attorney)

[~~PROPOSED~~] ORDER

The Court, having received, read, and considered the request for a waiver of appearance, and good cause appearing therefore, GRANTS the request. IT IS HEREBY ORDERED.

Dated: June 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Request for Waiver of Appearance

2